IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIE I. ADOLPHUES | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-2786 |
| CHIMES DISTRICT OF COLUMBIA, INC. | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on November 18, 2002. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Continued from Oct. 22, 2002 per Judge

By:_____
Crystal Wardlaw
Deputy Clerk
Phone:267-299-7073

Date: October 23, 2002

Copies:    Patricia Callahan, Courtroom Deputy to Judge Berle M. Schiller
           Docket Clerk - Case File

           Counsel:     Daniel P. O'Meara, Esq.
                        Carolyn L. Gaines, Esq.
                        Crystal D. Deazle, Esq.
                        Howard Kurman, Esq.

ARB2.FRM