IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIE I. ADOLPHUES | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 02-2786 |
| CHIMES DISTRICT OF COLUMBIA, INC. | : | |

**ORDER SUBSTITUTING AN ARBITRATOR**

AND NOW, this     day of          ,      , it is hereby

ORDERED that David Harwi, Esq. is replaced as an arbitrator on November 18, 2002, 9:30 a.m. It is hereby

FURTHER ORDERED that George Reath, Esq. is appointed to serve as arbitrator in the above-captioned civil action at the time and date previously set forth.

BY THE COURT:

_____
BERLE M. SCHILLER, J.

ARB8 (12/82)